LARRY M. GOLUB (SBN 110545)
lgolub@mail.hinshawlaw.com
PAUL RODRIGUEZ (SBN 307139)
prodriguez@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Plaintiff
Maxum Indemnity Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, a Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LONG BEACH ESCROW CORPORATION, a Corporation; JOYCE CLARK, an Individual, inclusive,<br><br>Defendants. | Case No. **16-cv-05907 PSG (MRWx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)**<br><br>Pursuant to FRCP 41(a)<br><br>Complaint Filed:  August 8, 2016 |

**TO THE COURT, TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Maxum Indemnity Company ("Maxum") voluntarily dismisses the above-captioned action without prejudice.

DATED: September 8, 2016              HINSHAW & CULBERTSON LLP

By: /s/ Larry M. Golub
    LARRY M. GOLUB
    PAUL RODRIGUEZ
    Attorneys for Plaintiff
    Maxum Indemnity Company

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

16-cv-05907 PSG (MRWx)
36193522v1 0983691

# CERTIFICATE OF SERVICE

*Maxum Indemnity Company v. Long Beach Escrow Corporation, et al.*

Case No. 16-cv-05907 PSG (MRWx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 633 West 5th Street, Los Angeles, CA 90071-2800.

    On **September 8, 2016**, I served the document(s) entitled, **NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **September 8, 2016**, at Los Angeles, California.

_____
Anita Varela

36193709v1 0983691

# SERVICE LIST

***Maxum Indemnity Company v. Long Beach Escrow Corporation, et al.***
***Case No. 16-cv-05907 PSG (MRWx)***

| | |
|---|---|
| Raymond Kaiser<br>3940 E. Broadway<br>Long Beach, CA 90803<br>(562) 590-8471<br>(562) 437-0903 | Attorney for Defendants<br>*Long Beach Escrow Corporation and Joyce Clark* |

36193709v1 0983691